# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Sean M. Spicer**<br>2308 Mt. Vernon Avenue #415<br>Alexandria, VA 22301; and<br><br>**Russell T. Vought**<br>300 Independence Avenue SE<br>Washington, DC 20003,<br>         *Plaintiffs*,<br><br>v.<br><br>**Joseph R. Biden Jr.**, in his official capacity as President of the United States<br>1600 Pennsylvania Avenue NW<br>Washington, DC 20500;<br><br>**Catherine M. Russell**, in her official capacity as director of the White House Presidential Personnel Office<br>Eisenhower Executive Office Building<br>1650 Pennsylvania Avenue NW<br>Washington, DC 20502;<br><br>**Katherine L. Petrelius**, in her official capacity as Special Assistant to the President in the White House Presidential Personnel Office<br>Eisenhower Executive Office Building<br>1650 Pennsylvania Avenue NW<br>Washington, DC 20502;<br><br>**Charles A. "Dutch" Ruppersberger III**, in his official capacity as Chairman of the United States Naval Academy Board of Visitors<br>121 Blake Road<br>Annapolis, MD 21402;<br><br>**Raphael J. Thalakottur**,<br>in his official capacity as Designated Federal Officer of the United States Naval Academy Board of Visitors<br>121 Blake Road<br>Annapolis, MD 21402; and<br><br>**United States of America**<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530,<br>         *Defendants*. | Civil Action No. 1:21-cv-2493<br><br>**PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION** |

Plaintiffs, by and through counsel and pursuant to Fed. R. Civ. P. 65 and LCvR 65.1.(c), respectfully move this Court for a preliminary injunction requiring Katherine Petrelius, Catherine Russell, Charles A. "Dutch" Ruppersberger III, and Raphael J. Thalakottur to treat plaintiffs as full members of the United States Naval Academy Board of Visitors until their statutory terms of office expire and their replacements are appointed. If the Court finds that enjoining the President is necessary for effective relief, he should be included as a subject of the injunction.

Plaintiffs have attached a supporting memorandum, a declaration from each plaintiff, and a proposed order.

Plaintiffs request an expedited oral hearing pursuant to LCvR 65.1.(d), given that the violation outlined in this motion is imminent and that absent an injunction, Plaintiffs will be hindered in participating in the next meeting of the Board of Visitors—scheduled for December 6, 2021—resulting in irreparable harm.

Respectfully submitted,

/s Christopher Mills
Christopher E. Mills, D.C. Bar No. 1021558
SPERO LAW LLC
557 East Bay St. #22251
Charleston, SC 29413
Telephone: (843) 606-0640
cmills@spero.law

/s Reed D. Rubinstein
Reed D. Rubinstein, D.C. Bar No. 400153
AMERICA FIRST LEGAL FOUNDATION
600 14th Street NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 964-3721
reed.rubinstein@aflegal.org

NOVEMBER 3, 2021

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2021, I served the foregoing and all attachments via USPS First-Class Mail to all defendants at the addresses listed in the caption above, and additionally to:

U.S. Attorney, 555 Fourth Street NW, Washington, D.C. 20530

U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530

/s Christopher Mills
Christopher E. Mills, D.C. Bar No. 1021558
SPERO LAW LLC
557 East Bay St. #22251
Charleston, SC 29413
Telephone: (843) 606-0640
cmills@spero.law