# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-5215**                  **September Term, 2022**

**1:21-cv-02493-DLF**

**Filed On:** August 14, 2023

Sean M. Spicer and Russell T. Vought,

       Appellants

    v.

Joseph R. Biden, Jr., in his official capacity as
President of the United States, et al.,

       Appellees

**O R D E R**

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                           BY:    /s/
                                               Amy Yacisin
                                               Deputy Clerk